FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 19 2010

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

VS.                    Case No. 4:09CR00305-02-JLH

RALPH FRANCIS DELEO                                          DEFENDANT

## ORDER

Defendant Ralph Francis Deleo appeared with appointed counsel for plea and arraignment on this date. The Government sought Defendant's detention pending trial and has filed a supporting motion and affidavit (docket entry #29). Defendant waived a detention hearing, but reserved his right to request a hearing at a later date on the issue of pretrial release.

The Government's motion (#29) is rendered moot, but will be considered if and when Defendant moves for pretrial release. Accordingly, the Defendant is remanded to the custody of the United States Marshal pending trial.

IT IS SO ORDERED this 19th day of January, 2010, nunc pro tunc January 15, 2010.

_____
UNITED STATES MAGISTRATE JUDGE