IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     NO. 4:09CR00305-02 JLH

RALPH FRANCIS DELEO     DEFENDANT

## ORDER

Ralph Francis Deleo has filed a *pro se* motion for new trial. Rule 33 of the Federal Rules of Criminal Procedure provides for motions for new trial. Such a motion must be filed within fourteen days after the verdict. Fed. R. Crim. P. 33(b)(2). Deleo's motion is untimely. Therefore, the motion for new trial is denied.

IT IS SO ORDERED this 2nd day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE